UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIM J. COOLEY                                              CIVIL ACTION

VERSUS                                                     NO: 08-0774-ILRL-SS

ST. BERNARD PARISH BUREAU OF
PRISONS, et al

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that: (1) the motion of the Marshals Service to dismiss for lack of subject matter jurisdiction (Rec. doc. 13) is GRANTED; and (2) the claims against the Marshals Service are dismissed without prejudice.

New Orleans, Louisiana, this 7th day of July, 2008.

UNITED STATES DISTRICT JUDGE